CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA.
FILED
*Jn C'Ville*

DEC 21 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DATANATIONAL, INC., | CIVIL ACTION NO. 3:05-CV-00035 |
| *Plaintiff,* | |
| v. | ORDER |
| YELLOW BOOK SALES AND DISTRIBUTION CO., INC., MICHAEL FORNEY, THOMAS BALL, STEVEN MERCHANT, CARY BUTLER, KAREN COULTER, AND ERIC GANNON, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

Before the Court are Defendants' Motion to Stay or Dismiss, pursuant to the Federal Arbitration Act, and a Motion to Strike Jury Demand/Objection to the Pretrial Order. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED

as follows:

1.  The Defendants' Motion to Stay or Dismiss shall be, and it hereby is, GRANTED in part and DENIED in part. Counts IV, V, and VII–XIII shall be, and they hereby are, referred to arbitration as to individual Defendants Forney, Ball, Merchant, Butler, Coulter, and Gannon. All other actions in the above-captioned case shall be STAYED pending the resolution of arbitration proceedings.

2.  The Defendants' Motion to Strike Plaintiff's Jury Demand shall be, and it hereby is, GRANTED, and the Objection to the Pretrial Order shall be, and it hereby is,

SUSTAINED, although the Court may later order a trial by jury for any or all issues, or use an advisory jury pursuant to the Federal Rules. Fed. R. Civ. P. 39.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: _Norman K. Moon_
United States District Judge

_December 21, 2005_
Date